

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2022

No. 04-22-00280-CV

**HARBOR AMERICA CENTRAL, INC.**,
Appellant

v.

Vielka **ARMAND**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-01895
Honorable Norma Gonzales, Judge Presiding

# O R D E R

The parties in this have filed a response stating that the reporter's record is not necessary for this court to resolve the issues presented in this appeal. Therefore, we NOTE the court reporter's notification of late reporter's record.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court